IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV117

| | |
|---|---|
| NATASHA SINCLAIR, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MOBILE 360, INC.; AUTO )<br>ADVANTAGE, INC.; KEVIN GEAGAN; )<br>and GERALD ELDRIDGE, )<br>)<br>Defendants and )<br>Third-Party Plaintiffs, )<br>)<br>Vs. )<br>)<br>MICHAEL KITCHEN, )<br>)<br>Third-Party Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Magistrate Judge's

Memorandum and Recommendation, filed July 16, 2007.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of

Designation of this Court, United States Magistrate Judge Dennis L.

Howell, was designated to consider pending motions in the captioned civil

action and to submit to this Court recommendations for the disposition of these motions.

On July 16, 2007, the Magistrate Judge filed a Memorandum and Recommendation in this case containing proposed findings of fact and conclusions of law in support of a recommendation regarding Defendants' motion to dismiss. The parties were advised that any objections to the Magistrate Judge's findings were to be filed in writing within 14 days of service of the Recommendation; the period within which to file objections expired on August 2, 2007. No written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the Defendants' motion be denied.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion to dismiss is hereby **DENIED**.

3

Signed: August 14, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge