IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv117

| | |
|---|---|
| NATASHA SINCLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MOBILE 360, INC.; AUTO ) | |
| ADVANTAGE, INC.; KEVIN ) | |
| GEAGAN; and GERALD ELDRIDGE, ) | |
| ) | |
| Defendants and ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| MICHAEL KITCHEN, ) | |
| ) | |
| Third-Party Defendant ) | |
| and Counter Claimant, ) | |
| ) | |
| Vs. ) | |
| ) | |
| MOBILE 360, INC.; AUTO ) | |
| ADVANTAGE, INC.; KEVIN ) | |
| GEAGAN; and GERALD ELDRIDGE, ) | |
| ) | |
| Counter Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on Michael G. Wimer's and P. Brook Segars' Motion to Withdraw. According to counsel, plaintiff and third-party defendant have demanded that counsel stop working on this case and have no further contact with them. If this is true, plaintiff and third-party defendant - - having survived a well briefed motion to dismiss through the efforts of their counsel - - are

1

making a choice which may well result in their claims being lost either at summary judgment (which is pending) or trial.  Third-party defendant should be keenly aware of the hazards of proceeding without counsel as, for an extended period, he proceeded without counsel in another matter pending before this court.  To make sure up front that the plaintiff and third-party defendant understand the consequences of their proposed course of action, the court will calendar this matter for hearing at which plaintiff and third-party defendant shall personally attend.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Michael G. Wimer's and P. Brook Segars' Motion to Withdraw (#78) is **CALENDARED** for hearing on December 16, 2008, at 12 noon.  All counsel shall attend as well as plaintiff Natasha Sinclair and third-party defendant Michael Kitchen.

Counsel for the plaintiff and third-party defendant shall in advance of such hearing contact such parties either in person or by phone and advise them of the hearing and the requirement that they be present at such hearing.  In addition, counsel shall send a copy of this Order to such parties by certified mail, return receipt requested.

Signed: December 8, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge