# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:07cv117

| | |
|---|---|
| NATASHA SINCLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MOBILE 360, INC.; AUTO ) | |
| ADVANTAGE, INC.; KEVIN ) | |
| GEAGAN; and GERALD ELDRIDGE, ) | |
| ) | |
| Defendants and ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| MICHAEL KITCHEN, ) | |
| ) | |
| Third-Party Defendant ) | |
| and Counter Claimant, ) | |
| ) | |
| Vs. ) | |
| ) | |
| MOBILE 360, INC.; AUTO ) | |
| ADVANTAGE, INC.; KEVIN ) | |
| GEAGAN; and GERALD ELDRIDGE, ) | |
| ) | |
| Counter Defendants. ) | |
| _____ ) | |

**THIS MATTER** having come before the court to set this matter for a Final Pretrial Conference and for Trial. While the court has not reached a decision on the pending Motion for Summary Judgment, it is necessary that dates for the conference and trial be formally selected so that the Clerk may call a jury and make other arrangements.

1

**ORDER**

**IT IS, THEREFORE, ORDERED** that a Final Pretrial Conference is calendared for Monday, January 26, 2009, at 10 a.m., in Courtroom #2 and a Jury Trial is calendared for Tuesday, February 10, 2009, at 9 a.m., in Courtroom #1, all in Asheville.

The pro se parties are respectfully advised to review the Pretrial Order, which details the pretrial documents that will be called for at the Pretrial Conference.

Signed: January 6, 2009

Dennis L. Howell
United States Magistrate Judge