IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cv117

| | |
|---|---|
| NATASHA SINCLAIR )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MOBILE 360, INC.; AUTO )<br>ADVANTAGE, INC.; KEVIN GEAGAN )<br>and GERALD ELDRIDGE, )<br>)<br>    Defendants and )<br>    Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL KITCHEN, )<br>)<br>    Third-Party Defendant )<br>    and Counter claimant, )<br>)<br>v. )<br>)<br>MOBILE 360, INC.; AUTO )<br>ADVANTAGE, INC.; KEVIN )<br>GEAGAN; and GERALD )<br>ELDRIDGE, )<br>)<br>    Counter Defendants. )<br>)<br>_____ ) | **ORDER** |

Previously, the Court granted Defendants' Motion for Summary Judgment and entered judgment against Plaintiffs Michael Kitchen and Natasha Sinclair. On appeal,

the United States Court of Appeals for the Fourth Circuit vacated the judgment of the Court and remanded this case for further proceedings. The Court **DIRECTS** the parties to appear for a status conference on June 17, 2011, at 10:30 a.m. in Courtroom 1 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the status conference, the Court will address how best to move this case towards final resolution and the best procedure for implementing the mandate of the Fourth Circuit.

Signed: June 6, 2011

Dennis L. Howell
United States Magistrate Judge