# United States District Court
# For The Western District of North Carolina
# Asheville Division

NATASHA SINCLAIR,

    Plaintiff,

vs.

MOBILE 360, INC,; AUTO ADVANTAGE, INC.; KEVIN GEAGAN; and GERALD ELDRIDGE

    Defendants and
    Third-Party Plaintiffs,

vs.

MICHAEL KITCHEN,

    Third-Party Defendant
    and Counter claimant

vs.

MOBILE 360, INC,; AUTO ADVANTAGE, INC.; KEVIN GEAGAN; and GERALD ELDRIDGE,

    Counter Defendants.
_____

JUDGMENT IN A CIVIL CASE

1:07cv117

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/29/2011 Order.

Signed: August 29, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court